1  ADAM PAUL LAXALT
     Attorney General
2  ROBERT W. DELONG, Bar No. 10022
     Deputy Attorney General
3  State of Nevada
     Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel:  (775) 684-1120
6  E-mail:  rdelong@ag.nv.gov

7  *Attorneys for Defendants*

8

9               **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11  BRUCE BIRCH,                          Case No.  3:18-cv-00416-RCJ-WGC

12              Plaintiff,

13  vs.                                   **STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE**
14  JAMES DZURENDA, et al.,

15              Defendants.

16          Plaintiff Bruce Birch, appearing *pro* se, and Defendants, by and through counsel, Adam Paul

17  Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General,

18  hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should

19  be dismissed with prejudice by order of this Court.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                            1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

* * *

DATED this 27 day of December, 2018.

DATED this 31ST day of December, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
Bruce Birch
*Plaintiff, Pro Se*

By: _____
ROBERT W. DeLONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 6th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on December 31st, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Bruce Birch #61203
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

An employee of the
Office of the Attorney General